[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1565

RONALD E. EGAN,

Plaintiff, Appellant,

v.

ATHOL MEMORIAL HOSPITAL, ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Nathaniel M. Gorton, U.S. District Judge] 



Before

Torruella, Chief Judge, 
Boudin and Stahl, Circuit Judges. 



Ronald E. Egan on brief pro se. 
Francis D. Dibble, Jr., J. Michael Scully and Bulkley, Richardson 
and Gelinas, LLP on brief for appellee Athol Memorial Hospital. 
Gerard R. Laurence, Karyn Polito and Milton, Laurence & Dixon on 
brief for appellee Yong Min Chi, M.D.



January 6, 1998


Per Curiam. After carefully reviewing the record 

and the parties' briefs, we affirm the district court's

judgment for essentially the reasons stated in its Memorandum

and Order, dated March 28, 1997. We add only that summary

judgment was proper on the antitrust claims because appellant

failed to submit any facts from which the court could

conclude, either directly or by inference, that the actions

of the appellees harmed competition in any way. See Benjamin 

v. Aroostook Med. Ctr., Inc., 113 F.3d 1, 1-2 (1st Cir. 1997) 

(per curiam).

Affirmed. See Local Rule 27.1 

-2-